ENTERED ON
10/6/99 PURSUANT
TO FRCP RULES 54 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTOR VELAZQUEZ FELICIANO,

    Plaintiff,

v.                                        CIVIL NO. 98-1243 (DRD)

TRIBUNAL SUPREMO DE PUERTO RICO et al.

    Defendants,

## JUDGMENT

For the reasons stated in the Opinion and Order issued on this same date, Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE.**

Date: September 30, 1999

                                          Daniel R. Domínguez
                                    United States District Court Judge

